1  LAWRENCE G. BROWN
   Acting United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )
                                        )   1:09-CV-00171-OWW-GSA
12                    Plaintiff,        )
                                        )   **APPLICATION AND ORDER FOR**
13            v.                        )   **PUBLICATION**
                                        )
14  2006 RANGE ROVER SPORT HSE,         )
    VIN: SALSF25486A993483,             )
15  LICENSE NO. 6DSL343,                )
                                        )
16                    Defendant.        )
                                        )
17  ─────────────────────────────

18      The United States of America, Plaintiff herein, applies for an order of publication as follows:

19      1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

20  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice

21  of the action and arrest to be given in a newspaper of general circulation or on the official internet

22  government forfeiture site;

23      2.    Local Rule 83-171, Eastern District of California, provides that the Court shall designate

24  by order the appropriate newspaper or other vehicle for publication;

25      3.    The defendant 2006 Range Rover Sport HSE, VIN: SALSF25486A993483, License No.

26  6DSL343 (hereafter "defendant vehicle") was seized in the city of Madera, in Madera County,

27  California.

28  ///

                                        1

1       4.       Plaintiff proposes that publication be made as follows:

2        a.      One publication;

3        b.      Thirty (30) consecutive days;

4        c.      On the official internet government forfeiture site www.forfeiture.gov;

5        d.      The publication is to include the following:

6           (1)     The Court and case number of the action;

7           (2)     The date of the arrest/seizure;

8           (3)     The identity and/or description of the property arrested/seized;

9           (4)     The name and address of the attorney for the Plaintiff;

10          (5)     A statement that claims of persons entitled to possession or claiming an

11 interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for

12 the Plaintiff no later than 60 days after the first day of publication on the official internet government

13 forfeiture site; and

14          (6)     A statement that answers to the Complaint or a motion under Rule 12 of

15 the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after

16 the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

17

18 Dated: 1/30/09                LAWRENCE G. BROWN
                                         Acting United States Attorney

19

20                               /s/ Deanna L. Martinez

21                               DEANNA L. MARTINEZ
                               Assistant United States Attorney

22

23                               **ORDER**

24      IT IS SO ORDERED.

25   **Dated:   February 4, 2009**          **/s/ Gary S. Austin**

26                                 UNITED STATES MAGISTRATE JUDGE

27

28