BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>2006 RANGE ROVER SPORT HSE,<br>VIN: SALSF25486A993483,<br>LICENSE NO. 6DSL343,<br><br>            Defendant. | 1:09-CV-00171-OWW-GSA<br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed August 17, 2009. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on November 10, 2009. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

///

///

ORDERED, ADJUDGED AND DECREED:

1. The Court adopts the Magistrate Judge's September 9, 2009, Findings and Recommendations in full.

2. Rafael Horta, Maria Horta, and Christian Horta are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant 2006 Range Rover Sport HSE, VIN: SALSF25486A993483, License No. 6DSL343 (hereafter "defendant vehicle") of Rafael Horta, Maria Horta, Christian Horta, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant vehicle to the United States of America, to be disposed of according to law, including all right, title, and interest of Rafael Horta, Maria Horta, and Christian Horta.

IT IS SO ORDERED.

**Dated:   November 30, 2009**          /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE